IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01039-AP

BRENT PHILLIPS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Nicholas D. Purifoy | TROY A. EID |
| 5020 Bob Billings Pkwy | United States Attorney |
| Lawrence, KS 66049 | |
| Telephone: (785) 832-8521 | KEVIN TRASKOS |
| E-mail: npurifoy@midlandgroup.com | Deputy Chief, Civil Division |
| Attorney for Plaintiff | United States Attorney's Office |
| | District of Colorado |
| | 303-454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant United States Attorney |
| | Office of the General Counsel, |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Fishkin.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** May 19, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** May 27, 2008

**C. Date Answer and Administrative Record Were Filed:** July 25, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8.  BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiffs Opening Brief Due:** September 22, 2008

**B.  Defendant's Response Brief Due:** October 22, 2008

**C.  Plaintiffs Reply Brief (If Any) Due:** November 6, 2008

**9. STATEMENT REGARDING ORAL ARGUMENT**

>The parties do not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

>All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

>DATED this 11TH day of August, 2008.

>>BY THE COURT:

>>*S/John L. Kane*

>>U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/_____<br>Nicholas D. Purifoy<br>5020 Bob Billings Pkwy<br>Lawrence, KS 66049<br>(785) 832-8521<br>E-mail: npurifoy@midlandgroup.com<br>Attorney for Plaintiff | TROY A. EID<br><br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0815<br>Stephanie.Fishkin.Kiley@ssa.gov<br>Attorneys for Defendant. |