IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1039-AP**

**BRENT PHILLIPS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to File Response Brief out of Time (doc. #18), filed October 29, 2008, is GRANTED. The response brief is accepted as timely filed.

Dated: November 7, 2008